THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLIE MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C17-5087-JCC<br><br>ORDER |

Based upon the stipulation of the parties (Dkt. No. 14), the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's counsel's declaration and exhibits (Dkt. Nos. 14-2, 14-3), it is hereby ORDERED that Plaintiff is awarded $5,0218.15 in attorney fees. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for attorney fees shall be made payable to Dellert Baird Law Offices, PLLC.

The check shall be mailed to Christopher Dellert at the following address: Dellert Baird Law Offices, PLLC, P.O. Box 97301, Lakewood, WA, 98497.

//

//

ORDER
C17-5087-JCC
PAGE - 1

1     DATED this 20th day of February 2018.

                                                           *John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-5087-JCC
PAGE - 2